**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**KELLAN KRUEGER,**<br><br>**Defendant.** | **PO 26-05017-M-KLD**<br><br>**ORDER**<br><br>**Violation No.: FBGA992R**<br>**Location Code: M10** |

Before the Court is the motion of the United States to set collateral and quash the arrest warrant issued. For good cause shown, the motion is granted.

IT IS HEREBY ORDERED that the defendant shall pay the total collateral forfeiture amount of $80.00 for Violation No. FBGA002R within thirty (30) days of entry of this order.

IT IS FURTHER ORDERED that the bench trial set for June 18, 2026 is VACATED.

Payments may be made via U.S. Mail to:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

1

Or, payments may be made online at:

https://www.cvb.uscourts.gov/

DATED this _____ day of March, 2026.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

2